EILEEN M. DECKER
United States Attorney
JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Office
JERRY C. YANG (Cal. Bar No. 241323)
Assistant United States Attorney
Deputy Chief, Riverside Office
PUNEET V. KAKKAR (Cal. Bar No. 259816)
Assistant United States Attorney
     Riverside Office
     3403 10th Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6221/6228
     Facsimile: (951) 276-6202
     E-mail:    jerry.yang@usdoj.gov / puneet.kakkar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 15-315(B)-JGB |
|---|---|
| Plaintiff, | JOINT STATEMENT OF CASE |
| v. | Hearing Date: August 16, 2016<br>Hearing Time: 9:00 a.m. |
| DAVID GARCIA HERRERA, | Location:    Courtroom of the<br>             Hon. Jesus G. Bernal |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jerry C. Yang and Puneet V. Kakkar, and defendant David Garcia Herrera, by and through his counsel of record, Stephen G. Larson, Jerry A. Behnke, and

///

Melissa A. Meister, hereby file the following agreed-upon joint statement of the case.

Dated: August 15, 2016          Respectfully submitted,

                                EILEEN M. DECKER
                                United States Attorney

                                JOSEPH B. WIDMAN
                                Assistant United States Attorney
                                Chief, Riverside Office


                                      /s/
                                JERRY C. YANG
                                PUNEET V. KAKKAR
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA


Dated: August 15, 2016

                                  /s/ with e-mail permission
                                STEPHEN G. LARSON
                                JERRY A. BEHNKE
                                MELISSA A. MEISTER
                                Attorneys for Defendant
                                DAVID GARCIA HERRERA

**JOINT STATEMENT OF CASE**

Defendant David Garcia Herrera is accused of defrauding and participating in conspiracies to defraud Carl and Olga Vienna and Richard and Margolzata Scislowski.  His alleged-co-conspirator Is Jerry Arthur Whittington.  Defendant Herrera is also accused of submitting a false statement on a passport application to the United States State Department.  He denies the charges.