# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CR15-0315(B)-JGB | Date | August 23, 2016 |
| Present: The Honorable | JESUS G. BERNAL, U.S. DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Maynor Galvez | Adele C. Frazier | J. Yang / P. Kakkar / S. Wolfe / L. Middleton |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| DAVID GARCIA HERRERA | ✓ | | ✓ | Stephen G. Larson / Jerry A. Behnke | ✓ | | ✓ |
| | | | | Melissa A. Meister | | | |

___ Day COURT TRIAL        5th Day JURY TRIAL        ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   ✓ Completed.   ___ Case is dismissed with prejudice.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

✓ Witnesses called, sworn and testified.

___ Exhibits identified          ___ Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:   ___ Jury Verdict as follows:

Dft # ____ ___ Guilty on count(s)   ___ Not Guilty on count(s)

___ Jury polled   ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ____ ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ ___ remanded to custody.   ___ Remand/Release# _____ issd.   Dft # ____ released from custody.

___ Bond exonerated as to Dft # ____

___ Case continued to _____ for further trial/further jury deliberation.

✓ Other: Defendant withdrew the Motion to Dismiss (Doc. No. 176). The Government motioned the court to dismiss all charges in the interest of justice. The motion is granted. Bond is ordered exonerated.              2     40

IT IS SO ORDERED.                    Initials of Deputy Clerk        MG

---