Name & Address

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR15-00315(B)-JGB (2) |
| v. | |
| DAVID GARCIA HERRERA | |
| DEFENDANT(S). | **JUDGMENT OF DISCHARGE** **(RULE 32(k)(1), F.R. Cr.P.)** |

In the presence of the attorney for the government and defendant, __DAVID GARCIA HERRERA__, who appeared in person ☒ with counsel / ☐ without counsel on _____.

It appearing that the defendant named in paragraph one above is now entitled to be discharged on all pending counts of the SUPERSEDING INDICTMENT for the reason that:

☒ the Court has granted the motion of the government for dismissal,
☐ the Court has granted the motion of the defendant for a judgment of acquittal,
☐ a jury has been waived, and the Court has found the defendant not guilty,
☐ the jury has returned its verdict, finding the defendant not guilty,
☐ other (reason(s), if any)

IT IS THEREFORE ADJUDGED that the defendant named in paragraph one above, is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

☒ IT IS ORDERED that the bond of the defendant is hereby exonerated.

August 23, 2016
Date

Jesus G. Bernal
United States District Judge

**NOTICE TO U.S. MARSHAL - This does not substitute for the Release Form.**